UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-104 (MJD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED PRELIMINARY |
| v. | ) | ORDER OF FORFEITURE |
| | ) | |
| LEMARC JOHN HARRELL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based on the United States' motion for a Preliminary Order of
Forfeiture; on the Plea Agreement entered into between the United
States and Defendant Lemarc John Harrell; on the Court having found
that certain property is subject to forfeiture pursuant to 18 U.S.C.
§ 982(a)(1); and on the Court's determination that, based on the Plea
Agreement entered into by the defendant and based on all of the files
and records of this proceeding, the government has established the
requisite nexus between such property and the offense to which the
defendant has pled guilty,

IT IS HEREBY ORDERED that:

1.  the following property is forfeited to the United States
pursuant to 18 U.S.C. § 982(a)(1):

a.  the real property located at 2327 River Pointe Circle,
Minneapolis, Minnesota and legally described as Unit
Number 2327, Common Interest Community No. 1173, River
View Homes 1 Townhomes, Hennepin County, Minnesota;

b.  one 2005 Land Rover, VIN: SALMF11435A188109;

c.   $11,405.00 in U.S. currency;

d.   one pair of diamond earrings, 6.10 carat weight;

e.   one diamond tennis necklace, 52.81 carat weight;

f.   one diamond pendant, 13 carat weight;

g.   one gold chain, 14 karat;

h.   one Jacob & Co. watch;

I.   one Corum Watch;

j.   one Dubey & Schalden watch; and

k.   a money judgment in the amount of $70,000.00, representing
     the proceeds from the sale of the real property located at
     1317 79th Avenue North, Brooklyn Park, Minnesota.

2. the Attorney General or his authorized designee may seize the foreging property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

3. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

4. pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

2

5.   following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

6.   the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).


Dated: January 29, 2007          s / Michael J. Davis
                                 Michael J. Davis, Judge
                                 United States District Court

3